No. 99–350. COX *v.* UNITED STATES;

No. 99–5935. LONG *v.* UNITED STATES; and

No. 99–5989. TROUT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 177 F. 3d 272.